**MICHIGAN CENTRAL RAILROAD COMPANY v. Adolph GALL, Guardian of Walter Gall, a Minor.**

No. 6360.

Circuit Court of Appeals, Sixth Circuit.

Dec. 13, 1932.

Wm. A. Alfs, of Detroit, Mich., for appellant.

Harry C. Milligan, of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed upon stipulation of counsel.

---

**MIDLAND BANK et al. v. MORTON, IRVINE, BLANCHARD & TOU VELLE and Clarence A. Hoopes.**

No. 6131.

Circuit Court of Appeals, Sixth Circuit.

Feb. 13, 1933.

Spring, Sayre & Vail, of Cleveland, Ohio, and Herbert S. & Thomas J. Duffy, of Columbus, Ohio, for appellants.

Morton, Irvine, Blanchard & TouVelle, of Columbus, Ohio, and C. A. Hoopes, of Marysville, Ohio, for appellees.

PER CURIAM.

Dismissed upon authority of Deeley v. Art Pub. Co., 23 F.(2d) 920.

---

**H. H. MOTTER, Collector of Internal Revenue, v. George JOHNSON.**

No. 833.

Circuit Court of Appeals, Tenth Circuit.

March 27, 1933.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

---

**Mary W. NILES, Executrix of the Estate of Alfred S. Niles, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 3437.

Circuit Court of Appeals, Fourth Circuit.

Dec. 6, 1932.

W. Preston Lane, Jr., Atty. Gen., of Maryland, and George C. A. Anderson, Asst. Atty. Gen., of Maryland, and Henry W. Schultheis and Emory H. Niles, both of Baltimore, Md., for petitioner.

C. M. Charest, Gen. Counsel, and C. A. Ray, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Upon stipulation of counsel cause is docketed.

Cause remanded to United States Board of Tax Appeals with instructions. Order filed.